## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

UNITED STATES OF AMERICA )
)
v. )  CR. NO. 1:24-00012
)
MARIO FELIX, )
)
      Defendant. )
)

TO:   Honorable Robert A. Molloy
      Adam Sleeper, Esq., U.S. Attorney
      Rhonda Williams-Henry, Esq., AUSA
      Delia Smith, Esq., AUSA
      Kia Sears, Esq., AFPD
      U.S. Marshals Service
      U.S. Probation & Pretrial Service

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, LRCr 1.2. and LRCi 72.3 has entered a plea of guilty to Count One of the INDICTMENT—CAUSING ATTEMPTED POSSESSION WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (FENTANYL). After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One and that the offense charged is supported by an independent basis in the facts containing each of the essential elements of the offense. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: June 9, 2026

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE