**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 1:24-12** |
| | : | |
| **MARIO FELIX** | : | |

## ORDER

**AND NOW**, this 24th day of June 2026, following our study of Judge Henderson's Report and Recommendation (ECF 70), we adopt Defendant Mario Felix's knowing and voluntary guilty plea to Count One (1)  of the Indictment (ECF 8) charging him with possession with intent to distribute a controlled substance (fentanyl), without objection due yesterday, and relying on Judge Henderson's thoughtful assessment Defendant Felix entered his guilty plea knowingly and voluntarily, it is **ORDERED** we:

1.      **APPROVE AND ADOPT** Judge Henderson's Report and Recommendation (ECF 70);

2.      Accept Defendant Felix's plea and find him **GUILTY** of Count One (1)  of the Indictment (ECF 8); and,

3.      Schedule sentencing in a separate Order allowing for a pre-sentence investigation report and briefing.

KEARNEY, J.